**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11   CLAUDIA MARTINEZ, an individual,          )     Case No.: 5:12-CV-00147-LHK
                                              )
12                       Plaintiff,           )
             v.                               )     ORDER TO SHOW CAUSE WHY CASE
13                                            )     SHOULD NOT BE DISMISSED FOR
     INDYMAC MORTGAGE SERVICES, a             )     FAILURE TO PROSECUTE
14   division of ONEWEST BANK, FSB; FREDDIE )
     MAC, and DOES 1-100, inclusive,          )
15                                            )
                         Defendants.          )
16                                            )
                                              )
17                                            )
                                              )
18   _____)

19          Plaintiff Claudia Martinez filed a complaint against Indymac Mortgage Services and

20   Freddie Mac (collectively "Defendants") on June 1, 2011. *See* ECF No. 1. On January 20, 2011,

21   Defendants filed a Motion to Dismiss the complaint or in the alternative a Motion for Summary

22   Judgment pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56. *See* ECF No. 5. Plaintiff

23   declined to proceed before a magistrate judge on January 24, 2012, and the case was reassigned to

24   the undersigned judge on January 26, 2012. ECF No. 10. On February 3, 2012, Defendants filed a

25   new Motion to Dismiss the complaint or in the alternative a Motion for Summary Judgment. ECF

26   No. 11. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was

27   due on February 17, 2012. Plaintiff has not filed an opposition or statement of non-opposition to

28   Defendants' motion.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

The hearing on Defendants' motion and the case management conference set for May 24, 2012 are VACATED.  The Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  This Order does not authorize Plaintiff to file an untimely opposition to Defendants' motion.  Plaintiff has until **May 10, 2012** to file a response to this Order to Show Cause.  A hearing on this Order to Show Cause is set for **Thursday, May 24, 2012 at 1:30 P.M.**  Plaintiff's failure to respond to this Order and to appear at the May 24, 2012 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 27, 2012

LUCY H. KOH
United States District Judge

2

Case No.: 11-cv-05689-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE