UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLAUDIA MARTINEZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK, FSB; FREDDIE MAC, and DOES 1-100, inclusive,<br><br>  Defendants. | Case No.: 5:12-CV-00147-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Claudia Martinez filed a complaint against Indymac Mortgage Services and Freddie Mac (collectively "Defendants") on June 1, 2011. *See* ECF No. 1. On January 20, 2011, Defendants filed a Motion to Dismiss the complaint or in the alternative a Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56. *See* ECF No. 5. Plaintiff declined to proceed before a magistrate judge on January 24, 2012, and the case was reassigned to the undersigned judge on January 26, 2012. ECF No. 10. On February 3, 2012, Defendants filed a new Motion to Dismiss the complaint or in the alternative a Motion for Summary Judgment. ECF No. 11. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on February 17, 2012. Plaintiff has not filed an opposition or statement of non-opposition to Defendants' motion.

1

Case No.: 11-cv-05689-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

1   The hearing on Defendants' motion and the case management conference set for May 24,
2   2012 are VACATED.  The Court hereby ORDERS Plaintiff to show cause why this case should
3   not be dismissed for failure to prosecute.  This Order does not authorize Plaintiff to file an untimely
4   opposition to Defendants' motion.  Plaintiff has until **May 10, 2012** to file a response to this Order
5   to Show Cause.  A hearing on this Order to Show Cause is set for **Thursday, May 24, 2012 at**
6   **1:30 P.M.**  Plaintiff's failure to respond to this Order and to appear at the May 24, 2012 hearing
7   will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 27, 2012

*(signature)*
LUCY H. KOH
United States District Judge