UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLAUDIA MARTINEZ, an individual,<br><br>            Plaintiff,<br>    v.<br><br>INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK, FSB; FREDDIE MAC, and DOES 1-100, inclusive,<br><br>            Defendants. | Case No.: 5:12-CV-00147-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE |

      Plaintiff Claudia Martinez filed a complaint in state court against Indymac Mortgage Services and Freddie Mac (collectively "Defendants") on June 1, 2011. *See* ECF No. 1. On January 9, 2012, Defendants removed this case to federal court. On January 20, 2012, Defendants filed a Motion to Dismiss the complaint or in the alternative a Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56. *See* ECF No. 5. Plaintiff declined to proceed before a magistrate judge on January 24, 2012, and the case was reassigned to the undersigned judge on January 26, 2012. ECF Nos. 8, 10. On February 3, 2012, Defendants filed a renewed Motion to Dismiss the complaint or in the alternative a Motion for Summary Judgment. ECF No. 11. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on February 17, 2012. Plaintiff has not filed an opposition or statement of non-opposition to Defendants' motion.

1

Case No.: 12-cv-00147-LHK
ORDER DISMISSING CASE WITH PREJUDICE

1    On April 27, 2012, the Court ordered plaintiff to show cause why this case should not be
2  dismissed for failure to prosecute. ECF No. 13.  The order to show cause ordered Plaintiff to
3  respond to the order to show cause by May 10, 2012, and to appear at the hearing on the order to
4  show cause on May 24, 2012 at 1:30 p.m.   The order stated that if Plaintiff failed to respond to the
5  order and failed to appear at the May 24, 2012 hearing, this case would be dismissed with prejudice
6  for failure to prosecute. Plaintiff failed to respond to the order to show cause and failed to appear at
7  the order to show cause hearing.  Accordingly, the Court DISMISSES this case with prejudice for
8  failure to prosecute.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 24, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-cv-00147-LHK
ORDER DISMISSING CASE WITH PREJUDICE